IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TANIA JONES                                                                           PLAINTIFF

vs.                                    CASE NO.   4:05-CV-01499

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                   DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 16th day of March, 2007.


                                                    /s/Garnett Thomas Eisele
                                                  UNITED STATES DISTRICT JUDGE